UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-cr-361-T-30MAP

HABERT HOLMES

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves (Doc. 45), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for a preliminary order of forfeiture for the following property:

a.  a HiPoint Model JCP .40 caliber semi-automatic pistol; and

b.  59 rounds of Federal .40-caliber ammunition.

Being fully advised of the relevant facts, the Court finds as follows:

The defendant has been found guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment. The United States has established the requisite nexus between the defendant's crime of conviction and the property identified above. Thus, the government is entitled to forfeit the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States (Doc. 45) is GRANTED.  Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition

identified above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

It is FURTHER ORDERED that, this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the firearm and ammunition.

**DONE AND ORDERED** in Tampa, Florida, on May 18th, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties\Counsel of Record